# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRAY CASUALTY AND** | * | **CIVIL ACTION NO.:** _____ |
| **SURETY COMPANY,** | * | |
| **Plaintiff** | * | **DIVISION: 5** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:** |
| | * | _____ |
| **TINGLEY TRUCKING, LLC, ET AL.** | * | |
| **Defendants.** | * | **MAGISTRATE:** |
| | * | _____ |
| | * | |

**************************************************************************

## GRAY CASUALTY AND SURETY COMPANY'S
## COMPLAINT FOR INTERPLEADER

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Gray
Casualty and Surety Company (hereinafter "Gray"), and in support of its Complaint for
Interpleader, alleges the following:

### I. PARTIES

1.      Gray is a Louisiana Limited Liability Company organized and existing under
the laws of the State of Louisiana, with a principal place of business located at 1225 West
Causeway Approach, Mandeville, Louisiana 70471 and authorized to do business in the
State of Alabama.

2.      Tingley Trucking, LLC is the principal on the surety bond at issue in this
matter and is Alabama limited liability company with its principal place of business in
Brookwood, Alabama. Tingley Trucking, LLC can be served by serving its Registered
Agent, Daniel Strickland, 2105 42nd Ave. NE, Tuscaloosa, AL 35404.

3.      Made Defendants in Interpleader, or claimants, herein are:

a.      Jackson Logistics, LLC is a Wisconsin limited liability company, with its principal place of business in Milwaukee, Wisconsin. Jackson Logistics, LLC can be served by serving its Registered Agent, Schauntell Jackson, 4502 N. 39th Street, Milwaukee, WI 53209;

b.      Sharks Logistics LLC is a Washington limited liability company, with its principal place of business in Spokane, Washington. Sharks Logistics LLC can be served by serving its Registered Agent, Sharks Logistics, LLC, 9116 E. Sprague Ave. #230, Spokane WA 99206;

c.      Titus Transport, LLC is a Texas limited liability company, with its principal place of business in Ponder, Texas. Titus Transport, LLC can be served by serving its Registered Agent, Brent A. Hagenbuch, 7400 FM 2449, Building 300, Ponder, TX 76259;

d.      Jato Logistics LLC is a Washington limited liability company with its principal place of business in Spokane, Washington. Jato Logistics LLC can be served by serving its Registered Agent, Vyacheslav Ustimenko, 932 S. Hazelwood Ct., Spokane, WA 99224-9492;

e.      Heavy Haul Solutions, LLC is a South Carolina limited liability company with its principal place of business in Boiling Springs, South Carolina. Heavy Haul Solutions, LLC can be served by serving its Registered Agent, Igor Tekmenzhi, 298 Laurelwood Drive, Boiling Springs, SC 29316;

f.      NTR Logistics, LLC is a Washington limited liability company with its principal place of business in Tacoma, Washington. NTR Logistics, LLC can be served by serving its Registered Agent, Razvan Victor Bengulescu, 426 E. 11th Street, Tacoma, WA 98421-1707

g.      Vigilent Trucking LLC is a Texas for-profit corporation with its principal place of business in Leander Texas. Vigilant Trucking LLC can be served by serving its Registered Agent, Charles W. Michalik, Jr., 1401 Encino Drive, Leander, TX 78641;

h.      Jade Trucking, Inc. is a Florida for-profit corporation with its principal place of business in Ocala, Florida. Jade Trucking, Inc. can be served by serving its Registered Agent, Maximo A. Membreno, 15312 NW 99 Place, Miami Lakes, FL 33018;

i.      VHS Trucking, Inc is an Illinois for-profit corporation with its principal place of business in Norridge, Illinois. VHS Trucking, Inc. can be served by serving its Registered Agent, Viktor Koval, 4917 N. Chester Ave, Norridge, IL 60706;

j.      Issam M. Ghaneum dba Lakewood Enterprises, is an individual residing in Cibolo, Texas. Upon information and belief, Issam M. Ghaneum dba Lakewood Enterprises can be served at 825 Kauri Clfs, Cibolo, TX 78108;

k.      BG Xpress, LLC is a Kentucky limited liability company with its principal place of business in Bowling Green, Kentucky. BG Xpress,

LLC can be served by serving its Registered Agent, Keith M. Carwell, 1101 College Street, Bowling Green, KY 42101;

l.    Lightspeed Transport, Inc. is a Minnesota for-profit corporation with its principal place of business in Monticello, Minnesota. Lightspeed Transport, Inc. can be served by serving its Chief Executive Officer, Brandon Flavin, 625 3rd Street E, #5, Monticello, MN 55362;

m.    Rustam Mazmanov d/b/a ATT is a Washington sole proprietorship entity with its principal place of business in Federal Way, Washington. Upon information and belief, ATT can be served at 623 S 310th Ct., Federal Way, WA 98003;

n.    R & K Transportation, LLC is a South Carolina limited liability company with its principal place of business in Columbia, South Carolina. R & K Transportation, LLC can be served by serving its Registered Agent, Ronald Dean Hollins, 207 North Woodlake Drive, Columbia, SC 29229;

o.    Armour and Son Trucking, Inc. is a California for profit corporation with its principal place of business in Fairfield, California. Armour and Son Trucking, Inc. can be served by serving its Registered Agent, Horace Daniel Armour, Sr., 245 Concord Avenue, Fairfield, CA 94533;

p.    Marshal, Inc. is a Nevada for-profit corporation with its principal place of business in Henderson, Nevada. Marshal, Inc. can be served by

serving its President, Hovanes John Madjarian, 157 Cascade Drive, Henderson, NV 89074;

q.      High Plains Transport Services LLC is a Colorado limited liability company with its principal place of business in Calhan, Colorado. High Plains Transport Services LLC can be served by serving its Registered Agent, Shawn Patrick Hazuga, 4855 Calhan Hwy. S., Calhan, CO 80808;

r.      Romie's Transport Corp. is an Illinois for-profit corporation with its principal place of business in New Lenox, Illinois. Romie's Transport Corp. can be served by serving its Registered Agent, Jerome E. Meier, 2106 Morcambe Bay Drive, New Lenox, IL 60451;

s.      Wisehart Investments, Inc. is an Illinois for-profit corporation with its principal place of business in Carthage, Illinois. Wisehart Investments, Inc. can be served by serving its Registered Agent, Rick Wisehart, 1771 E. County Road, Suite 1540, Carthage, IL 62321;

t.      G & S Transport, Inc. is a Mississippi for-profit corporation with its principal place of business in Soso, Mississippi. G & S Transport, Inc. can be served by serving its Registered Agent, Gregory Grayson, 1051 Highway 28, Soso, MS 39480;

u.      Transwest Capital, Inc. is a California for-profit corporation with its principal place of business in Visalia, California. Transwest Capital,

Inc. can be served by serving its Registered Agent, Norman K. Evans, 1716 W. Walnut Avenue, Visalia, CA 93277;

v.        Pa'manana Transport, LLC is a Utah limited liability company with its principal place of business in Eagle Mountain, Utah. Pa'manana Transport, LLC can be served by serving its Registered Agent, Gabriel E. Valdivieso, 9043 S. Barrington Circle, West Jordan, UT 84088

w.      GH Structures Inc. D.B.A. Pro Bros Hauling is a Texas for-profit corporation with its principal place of business in Mineola, Texas. GH Structures Inc. D.B.A. Pro Bros Hauling can be served by serving its Registered Agent, Garen G. Hovnanian, 2845 FM 779, Mineola, TX 75773;

x.       Delta Express Inc. is a North Carolina for-profit corporation with its principal place of business in Candler, North Carolina. Delta Express Inc. can be served by serving its Registered Agent, Viktor Matviychuk, 2348 Smokey Park Highway, Suite 201, Candler, NC 28715

y.       KTT Incorporated is a Tennessee for-profit corporation with its principal place of business in Mountain Home, Arizona. KTT Incorfporated can be served by serving its Registered Agent, Eric Beers, 1401 S. Lowry St., Smyrna, TN 37167-4508;

z.       Prime Carrier, Inc. is an Illinois for-profit corporation with its principal place of business in Mount Prospect, Illinois. Prime Carrier, Inc. can

be served by serving its Registered Agent, Andrii Tsuryk, 1051 E. Main St., Suite 213, East Dundee, IL 60118;

aa.    Speedy Team Express, Inc. is a California for-profit corporation with its principal place of business in Vernon, California. Speedy Team Express, Inc. can be served by serving its Registered Agent, Arman Zakaryan, 1951 E. Vernon Ave, Vernon, CA 90058;

bb.    Jayhawk Transport LLC is a Wisconsin limited liability company with its principal place of business in Eau Claire, Wisconsin. Jayhawk Transport LLC can be served by serving its Registered Agent, Jason Vokovan,  2620 Davey St., Eau Claire, WI 54703-0378;

cc.    Mumtaz Trucking, LLC is a Minnesota limited liability company with its principal place of business in Waite Park, Minnesota. Mumtaz Trucking, LLC can be served by serving its Manager, Arte Abdifatah, 811 7th Street S., Apt. 107, Waite Park, MN 56387;

dd.    Brian Munday Trucking, LLC is a Washington limited liability company with its principal place of business in Covington, Washington. Brian Munday Trucking, LLC can be served by serving its Registered Agent, Brian D. Munday, 17735 SE 261st St., Covington, WA 98042-8330;

ee.    Bossin, Inc. is an Illinois for-profit corporation with its principal place of business in Rockford, Illinois. Bossin, Inc. can be served by serving

its Registered Agent, Nabi R. Abayev, 3728 Maywood Ct. E, Rockford, IL 61109;

ff.      Overnight, LLC is an Idaho limited liability company with its principal place of business in Twin Falls, Idaho. Overnight, LLC can be served by serving its Registered Agent, Mukhiddin Salvarov, 1747 Stone Gate, Twin Falls, ID 83301;

gg.      Barnes Trucking & Logistics, LLC is an Indiana limited liability company with its principal place of business in Hobart, Indiana. Barnes Trucking & Logistics, LLC can be served by serving its Registered Agent, Northwest Registered Agent, LLC, 5534 Saint Joe Road, Fort Wayne, IN 46835;

hh.      Bossen Inc, is an Illinois for-profit corporation with its principal place of business in Rockford, Illinois. Upon information and belief, Bossen, Inc. can be served at 6898 Laurel Cherry Drive, Rockford, IL 61108;

ii.      Tracer Transport LLC is a Texas for-profit corporation with its principal place of business in Kingwood, Texas. Tracer Transport LLC can be served by serving its Registered Agent, Michael Sands, 2043 Parkdale Drive, Kingwood, TX 77339;

jj.      C.W. Leasing & Transport, Inc. is an Indiana for-profit corporation with its principal place of business in South Bend, Indiana. C.W. Leasing & Transport, Inc. can be served by serving its Registered

Agent, Crissy Bolinger, 23390 West Ireland Road, South Bend, IN 46614;

kk.    Genex Express Enterprises, Inc. is an Illinois for-profit corporation with its principal place of business in Des Plaines, Illinois. Genex Express Enterprises, Inc. can be served by serving its Registered Agent, Srejovic Accounting Services, LLC, 2340 S. River Road, Suite 208, Des Plaines, IL 60018;

ll.    Northern Lights Specialized, LLC is a Minnesota limited liability company with its principal place of business in Staples, Minnesota. Northern Lights Specialized, LLC can be served by serving its Registered Agent, Robert Minoletti, 47221 225th Avenue, Staples, MN 56479;

mm.    T&B Poelking Logistics "LLC" is a Florida limited liability company with its principal place of business in Saint Cloud, Florida. T&B Poelking Logistics "LLC" can be served by serving its Registered Agent, Theodore J. Poelking, 4616 Harvest Row Ln., Saint Cloud, FL 34772;

nn.    Straight Through Logistics, LLC is a North Carolina limited liability company with its principal place of business in Raleigh, North Carolina. Straight Through Logistics, LLC can be served by serving its Registered Agent, Khotamjan Saliev, 8601 Six Forks Road, Suite 400, Raleigh, NC 27615;

oo.     Road Star Express Inc. is a Massachusetts for-profit corporation with its principal place of business in West Springfield, Massachusetts. Road Star Express Inc. can be served by serving its Registered Agent, Kamil Agayev, 34 Tatham Hill Road, West Springfield, MA 01089;

pp.     National Hot Shot Logistix LLC is a Texas for-profit corporation with its principal place of business in Spring, Texas. National Hot Shot Logistix, LLC can be served by serving its Registered Agent, Nicolae Ciofiac, 18538 Sweetmeadow Drive, Spring, TX 77379;

qq.     Coast to Coast Capital, Inc. is a Pennsylvania for-profit corporation with its principal place of business in Berwick, Pennsylvania. Coast to Coast Capital, Inc. can be served by serving its President, Bart Rado, 124 W. Front Street, Berwick, PA 18603;

rr.     WEX, Inc. is a Maine for-profit corporation with its principal place of business in Maine. WEX, Inc. can be served by serving its Registered Agent, Corporate Service Company, 45 Memorial Circle, August, ME 04330;

ss.     Nutralaws, Inc. is a Florida for-profit corporation with its principal place of business in Loxahatchee, Florida. Nutralaws, Inc. can be served by serving its Registered Agent, Amber L. Needham, 6144 188th Tr N, Loxahatchee, FL 33470;

tt.     Greatwide American Trans-Freight, LLC is a Pennsylvania limited liability company with its principal place of business in Langhorne,

Pennsylvania. Greatwide American Trans-Freight, LLC can be served by serving its Registered Agent, CT Corporation, 600 N. 2nd Street, Suite 401, Harrisburg, PA 17101;

uu.     DMC Transportation, LLC is a Connecticut limited liability company with its principal place of business in Griswold, Connecticut. DMC Transportation, LLC can be served by serving its Registered Agent, Douglas Truken, 65 Dawley Road, Griswold, CT 06351;

vv.     Glory Way Express, LLC is an Oregon limited liability company with its principal place of business in Milwaukie, Oregon. Glory Way Express, LLC can be served by serving its Registered Agent, Mikhail Maykin, 15972 SE Martenson Ct., Milwaukie, OR 97267;

ww.     Ridge Trucking, Inc. is an Illinois for-profit corporation with its principal place of business in Mendota, Illinois. Ridge Trucking, Inc. can be served by serving its Registered Agent, Eleanor L. Ridge, 106 1st Avenue, Mendota, IL 61342;

xx.     SPT Transport, LLC is a Georgia limited liability company with its principal place of business in Rome, Georgia. SPT Transport, LLC can be served by serving its Registered Agent, Judy Elaine Cooper, 1802 Hull Avenue, Rome, GA 30701;

yy.     J & C Logistics, Inc. is a Texas for-profit corporation with its principal place of business in Dallas, Texas. J & C Logistics, Inc. can be served

by serving its Registered Agent, Joseph Van Duzer, 2611 Westgrove Dr., Suite 114, Carrollton, TX 75006;

zz.    Panda Trucks, LLC is a Florida limited liability company with its principal place of business in Lutz, Florida. Panda Trucks, LLC can be served by serving its Registered Agent, Elnara Muradova, 14604 Oak Vine Drive, Lutz, Florida 33559;

aaa.    Golden Roads, LLC is a Virginia limited liability company with its principal place of business in Aldie, Virginia. Golden Roads, LLC can be served by serving its Registered Agent, Baatar Otgon, 44112 Vaira Terrace, Chantilly, VA 20152;

bbb.    G & Z Trucking, LLC is a New Mexico limited liability company with its principal place of business in Los Lunas, New Mexico. G & Z Trucking, LLC can be served by serving its Registered Agent, Jose A. Guillermo, 1854 Michael Ann Dr. SW, Los Lunas, NM 87031

ccc.    CK Home Builders, LLC is an Alabama limited liability company with its principal place of business in Langston, Alabama. CK Home Builders, LLC can be served by serving its Registered Agent, Shannon Hall Johnson, 1186 Lakeshore Drive, Langston, AL 35755;

ddd.    Randy System One LLC is a Florida limited liability company with its principal place of business in Coral Gables, Florida. Randy System One LLC can be served by serving its Registered Agent, Raul Alfonso, 190 SW 50th Ave, Coral Gables, FL 33134;

eee. DSD Transport LLC is a Wisconsin limited liability company with is principal place of business in Denmark Wisconsin. DSD Transport LLC can be served by serving its Registered Agent, Crystal Wood, 6189 Kvitek Road, Denmark, WI 54208-9158;

fff. Inspecto, Inc. is a New York for-profit corporation with its principal place of business in Huntington, New York. Inspecto, Inc. can be served by serving it at 12 Woodlot Avenue, Huntington, NY 11743;

ggg. Andrew Ashton Trucking, LLC is a Pennsylvania limited liability company with its principal place of business in Worthington, Pennsylvania. Upon information and belief, Andrew Ashton Trucking, LLC can be served at 406 Airport Road, Worthington, PA

hhh. Load & Go, Inc. is a California for-profit corporation with its principal place of business in Glendale, California. Load & Go, Inc. can be served by serving its Registered Agent, Naira Grigoryan, 1106 Boynton ST, APT 8, Glendale, CA 91205;

iii. Frontline Logistics, Inc. is a Michigan for-profit corporation with its principal place of business in South Lyon, Michigan. Frontline Logistics, Inc. can be served by serving its Registered Agent, Jennifer L. Lineberry, 10315 Grand River Ave., Suite 300, Brighton, MI 48116;

jjj. Wisconsin Trucks Inc. is a Wisconsin for-profit corporation with its principal place of business in Oak Creek, Wisconsin. Wisconsin Trucks Inc. can be served by serving its Registered Agent, Milos

Karanovic, 9880 S. Ridgeview Dr., Apt. 11, Oak Creek, WI 53154-4904;

kkk.     Going Forward Trucking, Inc. is a Florida for-profit corporation with its principal place of business in Pensacola, Florida. Going Forward Trucking, Inc. can be served by serving its Registered Agent, Natasha Randall, 3788 Rolling Acres Road, Pace, FL 32571;

lll.     GT Express, Inc. is an Illinois for-profit corporation with its principal place of business in Mokena, Illinois. GT Express, Inc. can be served by serving its Registered Agent, Emerson & Elder, PC, 53 W. Jackson Blvd., Suite 526, Chicago, IL 60604;

mmm.     Marcus Horning is an individual residing in the State of Pennsylvania. Upon information and belief, Marcus Horning can be served at 685 Gault Rd, Gap, Pennsylvania 17527

nnn.     Meteor Express, Inc. is an Alabama for-profit corporation with its principal place of business in Scottsboro, Alabama. Meteor Express, Inc. can be served by serving its Registered Agent, Alan L. Buckley, 875 Harbor Drive, Scottsboro, AL 35769;

ooo.     Triton Logistics, Inc. is a Florida for-profit corporation with its principal place of business in Miami, Florida. Triton Logistics, Inc. can be served by serving its Registered Agent, Gil Modesto, 661 SW 95 Terrace, Pembroke Pines, FL 33025;

ppp.    Mario Lopez DBA Losa Kamales, in an individual residing in the State of Utah. Upon information and belief, Mario Lopez can be served c/o Financial Carrier at 13325 South Point Blvd, #300, Charlotte, North Carolina 28273;

qqq.    Jay Transport, Inc. is an Idaho for-profit corporation with its principal place of business in Rigby, Idaho. Jay Transport, Inc. can be served by serving its Registerd Agent, Jordan D. Jay, 593 N. 4062 E., Rigby, ID 83442;

rrr.    Atlantic & Pacific Freightways, Inc. is a Washington for-profit corporation with its principal place of business in Vancouver, Washington. Atlantic & Pacific Freightways, Inc. can be served by serving its Registered Agent, Zhigang Terpening, 10216 NE 13th Avenue, Vancouver, WA 98686-5566;

sss.    SRT Oil Field Service, LLC is a Mississippi limited liability company with its principal place of business in Laurel, Mississippi. SRT Oil Field Service, LLC can be served by serving its Registered Agent, Jon S. Widener, 6 Thames Avenue, Laurel, MS 39442-2909;

ttt.    Rapid Transportation, LLC is a Florida limited liability company with its principal place of business in Port St. Lucie, Florida. Rapid Transportation, LLC can be served by serving its Registered Agent, Marlon Sills, 2943 SW Cape Brenton Drive, Port St. Lucie, FL 34953;

uuu.     Jay-Trux, Inc. dba Jorgensen Brothers Trucking, Inc. is a South Dakota for-profit corporation with its principal place of business in Hurley, South Dakota. Jay-Trux, Inc. can be served by serving its Registered Agent, Arvid J. Swanson, PC, 27452 482nd Avenue, Canton, SD 57013-5515;

vvv.     Rios Cargo, LLC is a Texas for-profit corporation with its principal place of business in McAllen, Texas. Rios Cargo, LLC can be served by serving its Registered Agent, Selene Rios, 725 Redbud Avenue, McAllen, TX 78504;

www.     Rampage Energy Services, LLC is a North Dakota limited liability company with its principal place of business in Williston, North Dakota. Rampage Energy Services, LLC can be served by serving its Registered Agent, Peter Kleinsasser, 14037 Lakeview Drive, Williston, ND 58801;

xxx.     Pickup Pal, LLC is a Texas for-profit corporation with its principal place of business in Houston, Texas. Pickup Pal, LLC can be served by serving its Registered Agent, Legalinc Corporate Services, Inc., 10601 Clarence Drive, Suite 250, Frisco, TX 75033;

yyy.     Hora Express Transportation, LLC is a Pennsylvania limited liability company with its principal place of business in Newtown, Pennsylvania. Upon information and belief, Hora Express

Transportation, LLC can be served at 4 Terry Dr., Suite 5, Newtown, PA 18940;

zzz. USA Truck, LLC is an Iowa limited liability company with its principal place of business in Waterloo, Iowa. USA Truck, LLC can be served by serving its Registered Agent, Sanel Dedic, 837 Lynda Road, Waterloo, IA 50701;

aaaa. SevenOaks Capital Associates, LLC is a Louisiana limited liability company with its principal place of business in Baton Rouge, Louisiana. SevenOaks Capital Associates, LLC can be served by serving its Registered Agent, Jeffry E. Foil, 7854 Anselmo Lane, Baton Rouge, LA 70810

bbbb. Feet First Enterprises, LLC is a South Carolina limited liability company with its principal place of business in Blackstock, South Carolina. Feet First Enterprises, LLC can be served by serving its Registered Agent, Kristen M. Casady, 1648 Boyd Road, Blackstock, SC 29014;

cccc. RW Transport Inc. is an Indiana for-profit corporation with its principal place of business in Bloomington, Indiana. RW Transport Inc. can be served by serving its Registered Agent, Ronald F. Williams, 1072 N Air Dr., Bloomington, IN 47404;

dddd. H & A Transport, LLC is a Texas domestic limited liability company with its principal place of business in San Antonio, Texas. H & A

17

Transport, LLC can be served by serving its Registered Agent Julio A. Lugo Velazquez, 1297 W. Loop 1604, Apt. 804, San Antonio, TX 78251;

eeee.     Colder Weather Transport, LLC is a New Hampshire limited liability company with its principal place of business in Epping, New Hampshire. Colder Weather Transport, LLC can be served by serving its Registered Agent, Benjamin A. Barney, 37 High Street, Epping, NH 03042;

ffff.     Kelly Jasperson Trucking, Inc. is a Wyoming for-profit corporation with its principal place of business in Afton, Wyoming. Kelly Jasperson Trucking, Inc. can be served by serving its Registered Agent, M. Kevin Voyles, 257 N. Main St., Thayne, WY 83127;

gggg.     FMA Express LLC is a Kentucky limited liability company with its principal place of business in Louisville, Kentucky. FMA Express LLC can be served by serving its Registered Agent, Fakhridin Revazashvili, 5102 Bannon Crossing Drive, Louisville, KY 40218;

hhhh.     DD&S Express, Inc. is a Maryland for-profit corporation with its principal place of business in Cleveland, Ohio. DD&S Express can be served by serving its Registered Agent, Rick Seleski, 185 Harry S. Truman Parkway, Site 116, Annapolis, MD 21401;

iiii.     Silverline LLC is a Texas limited liability company with its principal place of business in Frisco, Texas. Silverline LLC can be served by

serving its Registered Agent, Pradeep Avala, 10929 Morrow Bay Lane, Frisco, TX 75035;

jjjj.   Redstar Express LLC is an Ohio limited liability company with its principal place of business in Ohio. Redstar Express LLC can be served by serving its Registered Agent, Lachin Agaliyev, 24 Nassau Street, Dayton, OH 45410;

kkkk.   Vero Business Capital n/k/a Love's Solutions, LLC is an Oklahoma limited liability company with its principal place of business in Oklahoma City, OK. Vero Business Capital n/k/a Love's Solutions can be served by serving its Registered Agent, CT Corporation System, 300 Montvue Road, Knoxville, TN 37919-5546;

llll.   Andrew Brooks and Sara Brooks DBA Raie's Transportation is a Florida sole proprietor entity with its principal place of business in Milton, Florida. Upon information and belief, Raie's Transportation can be served at 7756 Needlerush Drive, Milton, FL 32583;

mmmm.   XLG Transportation Inc. is an Indiana for-profit corporation with its principal place of business in Greenville Indiana. XLG Transportation Inc. can be served by serving its Registered Agent, Bryan K. Smith, 1040 Sames Road, Clarksville, IN 47129;

nnnn.   Shipper's Select Trucking, Inc. is a Texas for-profit corporation with its principal place of business in Garland, Texas. Shipper's Select

Trucking, Inc. can be served by serving its Registered Agent, John Lambert, 3754 Washington Drive, Frisco, TX 75034;

oooo. Logistics Kings Elite LLC is an Illinois limited liability company with its principal place of business in Rosiclare, Illinois. Logistics Kings Elite LLC can be served by serving its Registered Agent, Eric D. Smock, 906 Main Street, Rosiclare, IL 62982;

pppp. Hunter Transportation, LLC is an Alabama limited liability company with its principal place of business in Birmingham, Alabama. Hunter Transportation, LLC can be served by serving its Registered Agent, William L. Hunter, 1024 Village Mill Road, Birmingham, AL 35215;

qqqq. Barnett's Hauling LLC is a Mississippi limited liability company with its principal place of business in Flowood, Mississippi. Barnett's Hauling LLC can be served by serving its Registered Agent, Freddie K. Barnett, 105 Acacia Court, Flowood, MS 39232;

rrrr. Watch This Freight, LLC is a Washington limited liability company with its principal place of business in Olympia, Washington. Watch This Freight, LLC can be served by serving its Registered Agent, Watch This Freight, LLC, 2840 Black Lake Blvd. SW, Suite C, Tumwater, WA 98512-5107;

ssss. Greentree Transportation Company is a Pennsylvania for-profit corporation with its principal place of business in Pittsburgh, Pennsylvania. Greentree Transportation Company can be served by

20

serving its President, Kenneth E. Slafka, 100 Industry Drive, Pittsburg, PA 15275-1014;

tttt.    American Transport, Inc. is a Pennsylvania for-profit corporation with its principal place of business in Pittsburg, Pennsylvania. American Transport, Inc. can be served by serving its President, Douglas B. McAdams, 100 Industry Drive, Pittsburg, PA 15275-1014;

uuuu.    Ervin Thomas D.B.A. Thomas Enterprise, Inc. is a Florida for-profit corporation with its principal place of business in Ft. Lauderdale, Florida. Ervin Thomas D.B.A. Thomas Enterprise, Inc. can be served by serving its Registered Agent, Lou B. Thomas, 4000 NW 9th Ct., Coconut Creek, FL 33006;

vvvv.    JME Trucking LLC is a Wisconsin limited liability company with its principal place of business in Amery, Wisconsin. JME Trucking LLC can be served by serving its Registered Agent, John Evenson, 645 140th St., Amery, WI 54001-4908;

wwww.    Geva Transportation LLC is a Maryland limited liability Company with its principal place of business in Upper Marlboro, Maryland. Geva Transportation LLC can be served by serving its Registered Agent, George Georgakopoulos, 8420 Westphalia Road, Upper Marlboro, MD 20774;

xxxx.    Done Deal Boy's LLC is a North Carolina limited liability company with its principal place of business in Wallace, North Carolina. Done

Deal Boy's LLC can be served by serving its Registered Agent, Steven Williams, 295 Alderman Road, Wallace, NC 28466;

yyyy.   T&R Logistics and Auto Transport LLC is a Florida limited liability company with its principal place of business in Port St. Lucie, Florida. T&R Logistics and Auto Transport LLC can be served by serving its Registered Agent, Rufus Gibson, Jr., 1910 SW Susset Lane, Port St. Lucie, FL 34953;

zzzz.   Chivalry Express Inc. is a Tennessee for-profit corporation with its principal place of business in Grand Junction, Tennessee. Chivalry Express Inc. can be served by serving its Registered Agent, Hill's Transport, Inc., 2325 Highway 57E, Grand Junction, TN 38039-6025;

aaaaa.  M&J Transportation LLC is a Mississippi limited liability company with its principal place of business in Natchez, Mississippi. M&J Transportation LLC can be served by serving its Registered Agent, Marqus Fisher, 98 East Wilderness Road, Natchez, MS 39120;

bbbbb.  Clarida's Trucking, LLC is a North Carolina limited liability company with its principal place of business in Shallotte, North Carolina. Clarida's Trucking, LLC can be served by serving its Registered Agent, Terrence Clarida, 4385 Owendon Drive, Shallotte, NC 28470;

ccccc.  Mobal Transport, LLC is an Alabama limited liability company with its principal place of business in Semmes, Alabama. Mobal Transport, LLC can be served by serving its Registered Agent, Corporation

Service Company, Inc., 641 South Lawrence St., Montgomery, AL 36104;

ddddd.  KSR Transport, LLC is a Massachusetts limited liability company with its principal place of business in Hull, Massachusetts. KSR Transport can be served by serving its Registered Agent, John Joseph King, 20 Draper Avenue, Hull, MA 02045;

eeeee.  S.O.J. Trucking LLC is an Alabama limited liability company with its principal place of business in Tuscaloosa, Alabama. S.O.J. Trucking LLC can be served by serving its Registered Agent, USCA Inc., 100 Oxmoore Road, Suite 110, Birmingham, AL 35209;

fffff.  Violet Trucking Company, Inc. is a Florida for-profit corporation with its principal place of business in Spring Hill, Florida. Violet Trucking Company, Inc. can be served by serving its Registered Agent, Aliosky Hernandez Telleria, 7306 Apache Trail, Spring Hill, FL 34606;

ggggg.  Johnson Elite Trucking LLC is a Texas limited liability company with its principal place of business in Frisco, Texas. Johnson Elite Trucking LLC can be served by serving its Registered Agent, Legalinc Corporate Services, Inc., 10601 Clarence Dr., Suite 250, Frisco, TX 75033;

hhhhh.  Y B Late Transport LLC is a Florida limited liability company with its principal place of business in Tampa, Florida. Y B Late Transport LLC

can be served by serving its Registered Agent, Timothy K. Kelly, 3602 E. Paris Street, Tampa, FL 33610;

iiiii. James Dewayne McAllister D.B.A. Black Box is an individual doing business as Black Box. James Dewayne McAllister may be served at 195 Murphytown Road, Burgaw, NC 28425;

jjjjj. L & S Transport, Inc. is an Illinois for-profit corporation with its principal place of business in Downers Grove, Illinois. L & S Transport, Inc. can be served by serving its Registered Agent, Alex Imbronjev, 205 Redding Court, Oswego, IL 60543;

kkkkk. KFC Trucking Logistics LLC is an Indiana limited liability company with its principal place of business in Plainfield, Indiana. KFC Trucking Logistics LLC can be served by serving its Registered Agent, Funmilayo Joseph, 5636 Portsmouth Avenue, Indianapolis, IN 46224;

lllll. F2 Go D.B.A. Freight 2 Go is a South Carolina limited liability company with its principal place of business in Timmonsville, South Carolina. F2 Go D.B.A. Freight 2 Go can be served by serving its Registered Agent, Terrius Burgess, 115 E. Main Street, Timmonsville, SC 29161;

mmmmm. HFM Brothers Trucking, LLC is a Louisiana limited liability company with its principal place of business in Slidell, Louisiana. HFM Brothers Trucking, LLC can be served by serving its Registered Agent, Tymeicka Martin, 1102 Rebecca Reid Drive, Slidell, LA 70461;

nnnnn.  Stapleton Transport LLC is a Texas limited liability company with its principal place of business in Spring, Texas. Stapleton Transport LLC can be served by serving its Registered Agent, Sharelle Stapleton, 17411 Victoria Lakes Circle, Spring, TX 77379;

ooooo.  Hawk Services of WV LLC D.B.A. Hawk Trucking is a West Virginia limited liability company with its principal place of business in Fairmont, West Virginia. Hawk Services of WV LLC D.B.A. Hawk Trucking can be served by serving its Registered Agent, Barry Bledsoe, 171 Bailey Circle, Fairmont, WV 26554;

ppppp.  Star Express, L.L.C. is a Kentucky limited liability company with its principal place of business in Bowling Green, Kentucky. Star Express, L.L.C. can be served by servings its Registered Agent, Shokir K. Karadshayev, 2712 Avondale Drive, Bowling Green, KY 42104;

qqqqq.  Wolfe House Movers, LLC is a Pennsylvania limited liability company with its principal place of business in Bernville, Pennsylvania. Upon information and belief, Wolfe House Movers, LLC can be served by serving it at 10 Birch Lane, Bernville, PA 19506;

rrrrr.  Skillett & Sons, Inc. is a Kansas for-profit corporation with its principal place of business in Lacrosse, Kansas. Skillett & Sons, Inc. can be served by serving its Registered Agent, Garold Skillett, Elm Street, Rush Center, KS 67575;

sssss.    Corthell Transportation, LLC is a Wyoming limited liability company with its principal place of business in Rock Springs, Wyoming. Corthell Transportation, LLC can be served by serving its Registered Agent, Mark F. Corthell, 443 Valley View Lane 30, Rock Springs, WY 82901;

ttttt.    McSheer Truck'in, LLC is an Arkansas limited liability company with its principal place of business in Rose Bud, Arkansas. McSheer Truck'in, LLC can be served by serving its Registered Agent, Jan Shearer, 2470 Little Rock Road, Rose Bud, AR 72137;

uuuuu.    RDS & Trans, LLC is a Pennsylvania limited liability company with its principal place of business in Scranton, Pennsylvania. Upon information and belief, RDS & Trans, LLC can be served at 620 A Irving, Scranton, PA 18505;

vvvvv.    Flight Logistics, Inc. is an Illinois for-profit corporation with its principal place of business in Rockford, Illinois. Flight Logistics, Inc. can be served by serving its Registered Agent, Khalidzhon Bayrakdarov, 2743 Swanson Parkway, Rockford, IL 61109;

wwwww.    Wolf Trans Inc. is an Illinois for-profit corporation with its principal place of business in Cherry Valley, Illinois. Wolf Trans Inc. can be served by serving its Registered Agent, Samet H. Haliloglu, 417 W. State Street, Cherry Valley, IL 61016;

xxxxx.     Moldstar LLC is an Illinois limited liability company with its principal place of business in Schaumburg, Illinois. Moldstar LLC can be served by serving its Registered Agent, Mihail Neghina, 939 Plum Grove Road, Suite E, Schaumburg, IL 60173;

yyyyy.     Big Wolf, Inc. is an Illinois for-profit corporation with its principal place of business in Machesney Park, Illinois. Big Wolf, Inc. can be served by serving its Registered Agent, Selim H. Haliloglu, at 7217 Wimbledon Road, Machesney Park, IL 61115;

zzzzz.     Good News Trucking Corp. is a Florida for-profit corporation with its principal place of business in Tampa, Florida. Good News Trucking Corp. can be served by serving its Registered Agent, Nelson Hernandez, 2005 Clarice Circle, Tampa, FL 33619; and

aaaaaa.     Fusion Freight Systems, LLC is a Florida limited liability company with its principal place of business in Springfield, Missouri. Fusion Freight Systems, LLC can be served by serving its Registered Agent, Krasi Lukanov, at 3750 N. Mill Ridge Avenue, Springfield, MO 65803.

4.     On information and belief, there are other unknown or potential defendants that have not yet asserted claims or are unknown. Doe 1-50 are the fictious names of those defendants. When, and if, such defendants are ascertained, Gray will amend this Complaint by inserting true names in place of fictitious names in accordance with Rule 10 of the Federal Rules of Civil Procedure.

## II. JURISDICTION AND VENUE

5.     This Complaint for Interpleader has been brought under 28 U.S.C. § 1335.

6.     Jurisdiction is proper because at least two adverse claimants to the interpleaded funds are of diverse citizenship as defined in 28 U.S.C. § 1332(a) or (d), and the value of the interpleaded funds is more than the $500 minimum requirement.

        a.     There are several claimants of diverse citizenship. For example, Meteor Express, Inc. is a citizen of Alabama, as it is incorporated in the state of Alabama, and Good News Trucking Corp. is a citizen of Florida, as it is incorporated in the state of Florida.

        b.     The value of the interpleaded funds is $75,000.00, which Gray is ready, willing, and able to deposit into the registry of this Court.

7.     Venue is proper under 28 U.S.C. § 1397, which allows an action for interpleader to be brought in the judicial district in which one or more of the claimants reside.

        a.     Meteor Express, Inc., as a claimant to the interpleaded funds, resides in Scottsboro, Alabama, which is in the Northern District of Alabama.

## III. STATEMENT OF INTERPLEADER ACTION

8.     In support of this Complaint for Interpleader, Gray states as follows:

9.     On September 8, 2020, Gray wrote Bond No. GSC0600026, a Broker's or Freight Forwarder's Surety Bond, under 49 U.S.C. 13906 on behalf of Tingley Trucking, LLC and in favor of the United States Department of Transportation, Federal Motor Carrier Safety Administration (the "Bond").

10. The Bond was effective until April 3, 2021, on which date it was cancelled.

11. The penal sum of this Bond is the Federal minimum, $75,000.00.

12. However, as of the filing of this Complaint, one hundred and thirty (130) claimants, who have been made defendants in interpleader herein, have made claims against the Bond that currently total $461,952.07.

13. Claimants' interests in the interpleaded funds are adverse and independent.

14. Because Gray faces claims in excess of the Bond's penal sum and has a good-faith fear of multiple liability because of these adverse claims, Gray is ready, willing, and able to deposit the penal sum, $75,000.00, into the registry of this Court and files this Complaint for Interpleader under 28 U.S.C. § 1335 so that these funds may be properly distributed to satisfy all valid claims on a pro rata basis.

15. Gray has timely filed this interpleader action after receiving notice of multiple claims.

16. Gray, as a disinterested stakeholder, is authorized to recover its reasonable and necessary attorneys' fees and costs from the interpleaded funds. *See Rhoades v. Casey*, 196 F.3d 592, 602 (5th Cir. 1999) (citing *Corrigan Dispatch Co. v. Casa Guzman S.A.*, 696 F.2d 359, 364 (5th Cir. 1983); *Phillips Petroleum Co. v. Hazlewood*, 534 F.2d 61, 63 (5th Cir. 1976)).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Gray Casualty and Surety Company respectfully requests that this Court issue service of process requiring all claimants to interplead in this case all of their claims to the interpleaded funds of this Court; and enter judgement as follows:

1. That this Court permit Gray to deposit the penal sum of the Bond into the registry of this Court or as this Court otherwise directs to be subject to the order of this Court;

2. That this Court enjoin each of the claimants from demanding or instituting any and all actions against Gray related to the interpleaded funds;

3. That this Court relieve and discharge Gray from any and all liability relating to or concerning any claim that might arise in connection with the interpleaded funds;

4. That this Court award Gray its reasonable costs, attorney's fees, disbursements and allowances incurred in connection with this action out of the interpleaded funds at issue or otherwise; and

5. That this Court award Gray any other further relief that this Court deems just and proper.

Respectfully submitted,

KREBS FARLEY & DRY, P.L.L.C.

_____
JOSHUA CHESSER (Al. Bar #0650H45C)
2204 Whitesburg Drive, Suite 302
Huntsville, AL 35801
Telephone:     256-261-2531
Facsimile:     504-299-3582
E-mail:        jchesser@krebsfarley.com


Hannah N. Lafrance (*pro hac vice pending*)
LA Bar No. 39241
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone:     (504) 299-3570
Facsimile:     (504) 299-3582
E-mail:        hlafrance@krebsfarley.com


*ATTORNEYS FOR GRAY CASUALTY AND SURETY COMPANY*