
## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRAY CASUALTY AND** | * | **CIVIL ACTION** |
| **SURETY COMPANY,** | * | **NO.: 21-cv-00794** |
| | * | |
| **Plaintiff** | * | **DIVISION: 5** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:** |
| | * | **LILES C. BURKE** |
| **TINGLEY TRUCKING, LLC, ET AL.** | * | |
| **Defendants.** | * | **MAGISTRATE:** |
| | * | |
| | * | _____ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>GRAY CASUALTY & SURETY COMPANY'S<br>FIRST AMENDED COMPLAINT FOR INTERPLEADER</u>

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Gray Casualty & Surety Company (hereinafter "Gray" or "Stakeholder"), and in support of its First Amended Complaint for Interpleader, alleges the following:

## I.     PARTIES

1.     Gray is a Louisiana Limited Liability Company organized and existing under the laws of the State of Louisiana, with a principal place of business located at 1225 West Causeway Approach, Mandeville, Louisiana 70471 and authorized to do business in the State of Alabama.

2.     Tingley Trucking, LLC is the principal on the surety bond at issue in this matter and is an Alabama limited liability company with its principal place of business in Brookwood, Alabama. For purposes of service, Tingley Trucking, LLC has identified its Registered Agent as Daniel Strickland, 2105 42nd Ave. NE, Tuscaloosa, AL 35404

3. Made Defendants in Interpleader, or claimants, herein are:

1. ALEXANDER, WINTON & ASSOCIATES, INC. is a for-profit Mississippi corporation with its principal place of business in Olive Branch, MS. ALEXANDER, WINTON & ASSOCIATES, INC. has already appeared in this matter and is being served a copy of this Amended Complaint in Interpleader through its counsel of record.

2. Jackson Logistics, LLC is a Wisconsin limited liability company, with its principal place of business in Milwaukee, Wisconsin. Jackson Logistics, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

3. Titus Transport, LLC is a Texas limited liability company, with its principal place of business in Ponder, Texas. Titus Transport, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

4. Jato Logistics LLC is a Washington limited liability company with its principal place of business in Spokane, Washington. Jato Logistics LLC can be served by serving its Registered Agent, Slavic Ustimenko, 908 S. Schnug St., Spokane, WA 99224-5473;

5. Heavy Haul Solutions, LLC is a South Carolina limited liability company with its principal place of business in Boiling Springs, South Carolina. Heavy Haul Solutions, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

6.      NTR Logistics, LLC is a Washington limited liability company with its principal place of business in Tacoma, Washington. NTR Logistics, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

7.      Vigilant Trucking LLC is a Texas for-profit corporation with its principal place of business in Leander Texas. Vigilant Trucking LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

8.      VHS Trucking, Inc is an Illinois for-profit corporation with its principal place of business in Norridge, Illinois. VHS Trucking, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

9.      BG Xpress, LLC is a Kentucky limited liability company with its principal place of business in Bowling Green, Kentucky. BG Xpress, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

10.     R & K Transportation, LLC is a South Carolina limited liability company with its principal place of business in Columbia, South Carolina. R & K Transportation, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

11.     Armour and Son Trucking, Inc. is a California for profit corporation with its principal place of business in Fairfield, California. Armour and Son Trucking, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

12. Marshal, Inc. is a Nevada for-profit corporation with its principal place of business in Henderson, Nevada. Marshal, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

13. High Plains Transport Services LLC is a Colorado limited liability company with its principal place of business in Calhan, Colorado. High Plains Transport Services LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

14. Wisehart Investments, Inc. is an Illinois for-profit corporation with its principal place of business in Carthage, Illinois. Wisehart Investments, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

15. G & S Transport, Inc. is a Mississippi for-profit corporation with its principal place of business in Soso, Mississippi. G & S Transport, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

16. Transwest Capital, Inc. is a California for-profit corporation with its principal place of business in Visalia, California. Transwest Capital, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

17. GH Structures Inc. D.B.A. Pro Bros Hauling is a Texas for-profit corporation with its principal place of business in Mineola, Texas. GH Structures Inc.

D.B.A. Pro Bros Hauling can be served by serving its Registered Agent, Garen G. Hovnanian, 2845 FM 779, Mineola, TX 75773;

18.     Delta Express Inc. is a North Carolina for-profit corporation with its principal place of business in Candler, North Carolina. Delta Express Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

19.     KTT Incorporated is a Tennessee for-profit corporation with its principal place of business in Mountain Home, Arizona. KTT Incorporated was successfully served with Citation but has failed to enter an appearance or file an answer;

20.     Prime Carrier, Inc. is an Illinois for-profit corporation with its principal place of business in Mount Prospect, Illinois. Prime Carrier, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

21.     Speedy Team Express, Inc. is a California for-profit corporation with its principal place of business in Vernon, California. Speedy Team Express, Inc. can be served by serving its Registered Agent, Arman Zakaryan, 1951 E. Vernon Ave, Vernon, CA 90058;

22.     Mumtaz Trucking, LLC is a Minnesota limited liability company with its principal place of business in Waite Park, Minnesota. Mumtaz Trucking, LLC can be served by serving its Manager, Arte Abdifatah, 811 7th Street S., Apt. 107, Waite Park, MN 56387;

23. Brian Munday Trucking, LLC is a Washington limited liability company with its principal place of business in Covington, Washington. Brian Munday Trucking, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

24. Bossin, Inc. is an Illinois for-profit corporation with its principal place of business in Rockford, Illinois. Bossin, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

25. Overnight, LLC is an Idaho limited liability company with its principal place of business in Twin Falls, Idaho. Overnight, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

26. Barnes Trucking & Logistics, LLC is an Indiana limited liability company with its principal place of business in Hobart, Indiana. Barnes Trucking & Logistics, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

27. Bossen Inc, is an Illinois for-profit corporation with its principal place of business in Rockford, Illinois. Upon information and belief, Bossen, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

28. Genex Express Enterprises, Inc. is an Illinois for-profit corporation with its principal place of business in Des Plaines, Illinois. Genex Express Enterprises, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

29. Straight Through Logistics, LLC is a North Carolina limited liability company with its principal place of business in Raleigh, North Carolina. Straight Through Logistics, LLC can be served by serving its Registered Agent, Khotamjan Saliev, 8601 Six Forks Road, Suite 400, Raleigh, NC 27615;

30. National Hot Shot Logistix LLC is a Texas for-profit corporation with its principal place of business in Spring, Texas. National Hot Shot Logistix, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

31. Coast to Coast Capital, Inc. is a Pennsylvania for-profit corporation with its principal place of business in Berwick, Pennsylvania. Coast to Coast Capital, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

32. Nutralaws, Inc. is a Florida for-profit corporation with its principal place of business in Loxahatchee, Florida. Nutralaws, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

33. Greatwide American Trans-Freight, LLC is a Pennsylvania limited liability company with its principal place of business in Langhorne, Pennsylvania. Greatwide American Trans-Freight, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

34. DMC Transportation, LLC is a Connecticut limited liability company with its principal place of business in Griswold, Connecticut. DMC

Transportation, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

35. Glory Way Express, LLC is an Oregon limited liability company with its principal place of business in Milwaukie, Oregon. Glory Way Express, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

36. Ridge Trucking, Inc. is an Illinois for-profit corporation with its principal place of business in Mendota, Illinois. Ridge Trucking, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

37. SPT Transport, LLC is a Georgia limited liability company with its principal place of business in Rome, Georgia. SPT Transport, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

38. J & C Logistics, LLC is a Louisiana limited liability company with its principal place of business in Rayne, Louisiana. J & C Logistics can be served by serving its Registered Agent, Crystal Leger, 2004 Leroy Breaux Road, Rayne, LA 70578;

39. Panda Trucks, LLC is a Florida limited liability company with its principal place of business in Lutz, Florida. Panda Trucks, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

40. Golden Roads, LLC is a Virginia limited liability company with its principal place of business in Aldie, Virginia. Golden Roads, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

41.     G & Z Trucking, LLC is a New Mexico limited liability company with its principal place of business in Los Lunas, New Mexico. G & Z Trucking, LLC has already appeared in this matter and is being served a copy of this Amended Complaint in Interpleader through its representative;

42.     CK Home Builders, LLC is an Alabama limited liability company with its principal place of business in Langston, Alabama. CK Home Builders, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

43.     Randy System One LLC is a Florida limited liability company with its principal place of business in Coral Gables, Florida. Randy System One LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

44.     DSD Transport LLC is a Wisconsin limited liability company with is principal place of business in Denmark Wisconsin. DSD Transport LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

45.     Inspecto, Inc. is a New York for-profit corporation with its principal place of business in Huntington, New York. Inspecto, Inc. can be served by serving it at 12 Woodlot Avenue, Huntington, NY 11743;

46.     Andrew Ashton Trucking, LLC is a Pennsylvania limited liability company with its principal place of business in Worthington, Pennsylvania. Upon

information and belief, Andrew Ashton Trucking, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

47.     Load & Go, Inc. is a California for-profit corporation with its principal place of business in Glendale, California. Load & Go, Inc. can be served by serving its Registered Agent, Naira Grigoryan, 1106 Boynton ST, APT 8, Glendale, CA 91205;

48.     Frontline Trucking, Inc. is a California for-profit corporation with tis principal place of business in Acton, California. Frontline Trucking, Inc. can be served by serving its Registered Agent, James M. Eisenstein, 15760 Ventura Boulevard, Suite 1600, Encino, CA 91436;

49.     Going Forward Trucking, Inc. is a Florida for-profit corporation with its principal place of business in Pensacola, Florida. Going Forward Trucking, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

50.     Meteor Express Incorporated is an Illinois for-profit corporation with its principal place of business in Elgin, Illinois. Meteor Express Incorporated can be served by serving its Registered Agent, Edyta Ksiag, 600 Follgatte Road, Suite C, Elgin, IL 60123;

51.     Triton Logistics, Inc. is a Florida for-profit corporation with its principal place of business in Miami, Florida. Triton Logistics, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

52.   Mario Lopez DBA Losa Kamales, in an individual residing in the State of Utah. Upon information and belief, Mario Lopezwas successfully served with Citation but has failed to enter an appearance or file an answer;

53.   Jay Transport LLC is a Florida limited liability company with its principal place of business in Sunrise, Florida. Jay Transport LLC can be served by serving its Registered Agent, Joseph Saint-Remy, 2041 NW 64th Avenue, Apt. 204, Sunrise, FL 33313;

54.   Atlantic & Pacific Freightways, Inc. is a Washington for-profit corporation with its principal place of business in Vancouver, Washington. Atlantic & Pacific Freightways, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

55.   Rapid Transportation, LLC is a Florida limited liability company with its principal place of business in Port St. Lucie, Florida. Rapid Transportation, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

56.   Jay-Trux, Inc. dba Jorgensen Brothers Trucking, Inc. is a South Dakota for-profit corporation with its principal place of business in Hurley, South Dakota. Jay-Trux, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

57.   Rios Cargo, LLC is a Texas for-profit corporation with its principal place of business in McAllen, Texas. Rios Cargo, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

58.    Rampage Energy Services, LLC is a North Dakota limited liability company with its principal place of business in Williston, North Dakota. Rampage Energy Services, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

59.    Pickup Pal, LLC is a Texas for-profit corporation with its principal place of business in Houston, Texas. Pickup Pal, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

60.    Hora Express Transportation, LLC is a Pennsylvania limited liability company with its principal place of business in Newtown, Pennsylvania. Upon information and belief, Hora Express Transportation, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

61.    USA Truck, LLC is an Iowa limited liability company with its principal place of business in Waterloo, Iowa. USA Truck, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

62.    SevenOaks Capital Associates, LLC is a Louisiana limited liability company with its principal place of business in Baton Rouge, Louisiana. SevenOaks Capital Associates, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

63.    Feet First Enterprises, LLC is a South Carolina limited liability company with its principal place of business in Blackstock, South Carolina. Feet First

Enterprises, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

64. RW Transport Inc. is an Indiana for-profit corporation with its principal place of business in Bloomington, Indiana. RW Transport Inc. has already appeared in this matter and is being served a copy of this Amended Complaint in Interpleader through its representative;

65. H & A Transport, LLC is a Utah domestic limited liability company with its principal place of business in Sandy, Utah. H & A Transport, LLC can be served by serving its Registered Agent John E. Wootton, 6605 S. Redwood Road, Suite 101, Salt Lake City, UT 84123-6997;

66. Colder Weather Transport, LLC is a Florida limited liability company with its principal place of business in Clermont, Florida. Colder Weather Transport, LLC can be served by serving its Registered Agent, Benjamin A. Barney, 20005 Hwy. 27 N C-150, Apt. 108, Clermont, FL 34715;

67. DD&S Express, Inc. is a Maryland for-profit corporation with its principal place of business in Cleveland, Ohio. DD&S Express was successfully served with Citation but has failed to enter an appearance or file an answer;

68. Silverline Transportation, Inc. is a Texas for-profit corporation with its principal place of business in League City, Texas. Silverline Transportation can be served by serving its Registered Agent, Victor Nashed, 1900 Alaska Avenue, League City, TX 77573

69. Redstar Express LLC is an Ohio limited liability company with its principal place of business in Tipp City, Ohio. Redstar Express LLC can be served by serving its Registered Agent, Lachin Agaliyev, 24 Nassau Street, Dayton, OH 45410;

70. Vero Business Capital n/k/a Love's Solutions, LLC is an Oklahoma limited liability company with its principal place of business in Oklahoma City, OK. Vero Business Capital n/k/a Love's Solutions was successfully served with Citation but has failed to enter an appearance or file an answer;

71. Andrew Brooks and Sara Brooks DBA Raie's Transportation is a Florida sole proprietor entity with its principal place of business in Milton, Florida. Upon information and belief, Raie's Transportation was successfully served with Citation but has failed to enter an appearance or file an answer;

72. Logistics Kings Elite LLC is an Illinois limited liability company with its principal place of business in Rosiclare, Illinois. Logistics Kings Elite LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

73. Hunter Transport, LLC is a Texas limited liability company with its principal place of business in Farmers Branch, Texas. Hunter Transport, LLC can be served by serving its Registered Agent, Lee Hunter, 1901 Knightsbridge Road, #2219, Farmers Branch, TX 75234;

74. Barnett's Hauling LLC is a Mississippi limited liability company with its principal place of business in Flowood, Mississippi. Barnett's Hauling LLC

was successfully served with Citation but has failed to enter an appearance or file an answer;

75. Watch This Freight, LLC is a Washington limited liability company with its principal place of business in Olympia, Washington. Watch This Freight, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

76. Greentree Transportation Company is a Pennsylvania for-profit corporation with its principal place of business in Pittsburgh, Pennsylvania. Greentree Transportation Company was successfully served with Citation but has failed to enter an appearance or file an answer;

77. American Transport, Inc. is a Pennsylvania for-profit corporation with its principal place of business in Pittsburg, Pennsylvania. American Transport, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

78. Ervin Thomas D.B.A. Thomas Enterprise, Inc. is a Florida for-profit corporation with its principal place of business in Ft. Lauderdale, Florida. Ervin Thomas D.B.A. Thomas Enterprise, Inc. can be served by serving its Registered Agent, Lou B. Thomas, 4000 NW 9th Ct., Coconut Creek, FL 33006;

79. JME Trucking LLC is a Wisconsin limited liability company with its principal place of business in Amery, Wisconsin. JME Trucking LLC was

successfully served with Citation but has failed to enter an appearance or file an answer;

80.     Geva Transportation LLC is a Maryland limited liability Company with its principal place of business in Upper Marlboro, Maryland. Geva Transportation LLC has already appeared in this matter and is being served with this Amended Complaint in Interpleader through its representative;

81.     Done Deal Boy's LLC is a North Carolina limited liability company with its principal place of business in Wallace, North Carolina. Done Deal Boy's LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

82.     T&R Logistics and Auto Transport LLC is a Florida limited liability company with its principal place of business in Port St. Lucie, Florida. T&R Logistics and Auto Transport LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

83.     Chivalry Express Inc. is a Tennessee for-profit corporation with its principal place of business in Grand Junction, Tennessee. Chivalry Express Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

84.     M&J Transportation LLC is a Mississippi limited liability company with its principal place of business in Natchez, Mississippi. M&J Transportation LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

85.    Clarida's Trucking, LLC is a North Carolina limited liability company with its principal place of business in Shallotte, North Carolina. Clarida's Trucking, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

86.    Mobal Transport, LLC is an Alabama limited liability company with its principal place of business in Semmes, Alabama. Mobal Transport, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

87.    KSR Transport, LLC is a Massachusetts limited liability company with its principal place of business in Hull, Massachusetts. KSR Transport was successfully served with Citation but has failed to enter an appearance or file an answer;

88.    S.O.J. Trucking LLC is an Alabama limited liability company with its principal place of business in Tuscaloosa, Alabama. S.O.J. Trucking LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

89.    Violet Trucking Company, Inc. is a Florida for-profit corporation with its principal place of business in Spring Hill, Florida. Violet Trucking Company, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

90.    Johnson Elite Trucking LLC is a Texas limited liability company with its principal place of business in Frisco, Texas. Johnson Elite Trucking LLC was

successfully served with Citation but has failed to enter an appearance or file an answer;

91.     Y B Late Transport LLC is a Florida limited liability company with its principal place of business in Tampa, Florida. Y B Late Transport LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

92.     James Dewayne McAllister D.B.A. Black Box is an individual doing business as Black Box. James Dewayne McAllister was successfully served with Citation but has failed to enter an appearance or file an answer;

93.     L & S Transport, Inc. is an Illinois for-profit corporation with its principal place of business in Downers Grove, Illinois. L & S Transport, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

94.     KFC Trucking Logistics LLC is an Indiana limited liability company with its principal place of business in Plainfield, Indiana. KFC Trucking Logistics LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

95.     F2 Go D.B.A. Freight 2 Go is a South Carolina limited liability company with its principal place of business in Timmonsville, South Carolina. F2 Go D.B.A. Freight 2 Go can be served by serving its Registered Agent, Terrius Burgess, 115 E. Main Street, Timmonsville, SC 29161;

96.     HFM Brothers Trucking, LLC is a Louisiana limited liability company with its principal place of business in Slidell, Louisiana. HFM Brothers Trucking, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

97.     Stapleton Transport LLC is a Texas limited liability company with its principal place of business in Spring, Texas. Stapleton Transport LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

98.     Hawk Services of WV LLC D.B.A. Hawk Trucking is a West Virginia limited liability company with its principal place of business in Fairmont, West Virginia. Hawk Services of WV LLC D.B.A. Hawk Trucking was successfully served with Citation but has failed to enter an appearance or file an answer;

99.     Star Express, L.L.C. is a Kentucky limited liability company with its principal place of business in Bowling Green, Kentucky. Star Express, L.L.C. was successfully served with Citation but has failed to enter an appearance or file an answer;

100.    Wolfe House Movers, LLC is a Pennsylvania limited liability company with its principal place of business in Bernville, Pennsylvania. Upon information and belief, Wolfe House Movers, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

101.    Skillett & Sons, Inc. is a Kansas for-profit corporation with its principal place of business in Lacrosse, Kansas. Skillett & Sons, Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

102.    Corthell Transportation, LLC is a Wyoming limited liability company with its principal place of business in Rock Springs, Wyoming. Corthell Transportation, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

103.    RDS & Trans, LLC is a Pennsylvania limited liability company with its principal place of business in Scranton, Pennsylvania. RDS & Trans, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

104.    Moldstar LLC is an Illinois limited liability company with its principal place of business in Schaumburg, Illinois. Moldstar LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

105.    Good News Trucking Corp. is a Florida for-profit corporation with its principal place of business in Tampa, Florida. Good News Trucking Corp. was successfully served with Citation but has failed to enter an appearance or file an answer;

106.    Fusion Freight Systems, LLC is a Florida limited liability company with its principal place of business in Springfield, Missouri. Fusion Freight Systems, LLC was successfully served with Citation but has failed to enter an appearance or file an answer;

107. DNT Express, LLC is a New York limited liability company with its principal place of business in Menands, New York. DNT Express, LLC can be served by serving its Registered Agent, Dentons Cohen & Grigsby, P.C., 625 Liberty Avenue, 5th Floor, Pittsburg, PA 15222;

108. L & R Transportation and Logistics, LLC is an Indiana limited liability company with its principal place of business in Valparaiso, Indiana. L & R Transportation and Logistics, LLC can be served by serving its Registered Agent, Lynne Rehmel, 423 N. 375 W., Valparaiso, IN 46385;

109. Road Star Express Inc. is a Massachusetts for-profit corporation with its principal place of business in West Springfield, Massachusetts. Road Star Express Inc. was successfully served with Citation but has failed to enter an appearance or file an answer;

110. R & W Trucking, LLC is an Ohio limited liability company with its principal place of business in Wooster, Ohio. R & W Trucking, LLC can be served by serving its Registered Agent, Kyle Weaver, 5138 North Firestone Road, Wooster, OH 44667;

111. FirstLine Funding Group is a South Dakota subsidiary of First Bank & Trust with its principal place of business in Madison, South Dakota. Upon information and belief, FirstLine Funding Group can be served at its principal office located at 1108 Washington Avenue South, Madison, SD 57042;

112.	CarrierNet Group Financial, Inc. is a South Dakota for-profit corporation with its principal place of business in Sioux Falls, South Dakota. CarrierNet Group Financial, Inc. can be served by serving its Registered Agent, Jerry Noonan, 500 W. 10th Street, Sioux Falls, SD 57104-3631;

113.	Partners Funding, Inc. is a Minnesota for-profit corporation with its principal place of business in Fairmont, Minnesota. Partners Funding, Inc. can be served by serving its Registered Agent, Jan A. Bosma, 923 N. State Street, Suite 120, Fairmont, MN 56031;

114.	Express Freight Finance Co., LLC is a Utah foreign limited liability company with its principal place of business in Washington, DC. Express Freight Finance Co., LLC can be served by serving its Registered Agent, CT Corporation System, 1108 E. South Union Avenue, Midvale, UT 84047;

115.	Sunbelt Finance, LLC is an Arkansas limited liability company with its principal place of business in Jonesboro, Arkansas. Sunbelt Finance, LLC can be served by serving its Registered Agent, Mickey Seeman, 2900 Browns Lane, Jonesboro, AR 72401;

116.	iThrive Funding, LLC is a Utah domestic limited liability company with its principal place of business in Roy, Utah. iThrive Funding, LLC can be served by serving its Registered Agent, Chris Abel, 4074 South 1900 West, Suite 500, Roy, UT 84067; and

117.	Orange Commercial Credit, Inc. is a Washington for-profit corporation with its principal place of business in Olympia, Washington. Orange Commercial

Credit, Inc. can be served by serving its Registered Agent, Orange Commercial Credit, 2415 Heritage Ct. SW, Olympia, WA 98502-6031.

## II.    JURISDICTION AND VENUE

4.    This First Amended Complaint for Interpleader has been brought under 28 U.S.C. § 1335.

5.    Jurisdiction is proper because at least two adverse claimants to the interpleaded funds are of diverse citizenship as defined in 28 U.S.C. § 1332(a) or (d), and the value of the interpleaded funds is more than the $500 minimum requirement.

1.    There are several claimants of diverse citizenship. For example, Meteor Express, Inc. is a citizen of Illinos, as it is incorporated in the state of Illinois, and Good News Trucking Corp. is a citizen of Florida, as it is incorporated in the state of Florida.

2.    The value of the interpleaded funds is $75,000.00, which Gray is ready, willing, and able to deposit into the registry of this Court as soon as the Court confirms Gray's right to do so by way of Gray's pending motion to deposit funds.

6.    Venue is proper under 28 U.S.C. § 1397, which allows an action for interpleader to be brought in the judicial district in which one or more of the claimants reside.

1.    S.O.J. Trucking, LLC, as a claimant to the interpleaded funds, resides in Huntsville, Alabama, which is in the Northern District of Alabama.

### III.   STATEMENT OF INTERPLEADER ACTION

7.      In support of this First Amended Complaint for Interpleader, Gray states as follows:

8.      On or around, August 27, 2020, Gray wrote Bond No. GSB7600347, a Broker's or Freight Forwarder's Surety Bond, under 49 U.S.C. § 13906 on behalf of ZOK Logistics, Inc. and in favor of the United States of America (the "Bond").

9.      The Bond was effective until March 21, 2021, on which date it was cancelled.

10.     The penal sum of this Bond is the Federal minimum, $75,000.00.

11.     However, as of the filing of this Amended Complaint, one hundred and seventeen (117) claimants, who have been made defendants in interpleader herein, have made claims against the Bond that currently total $551,361.21         .

12.     Claimants' interests in the interpleaded funds are adverse and independent.

13.     Because Gray faces claims in excess of the Bond's penal sum and has a good-faith fear of multiple liability because of these adverse claims, Gray is ready, willing, and able to deposit into the registry of this Court as soon as the Court confirms Gray's right to do so by way of Gray's pending motion to deposit funds and files this Complaint for Interpleader under 28 U.S.C. § 1335, so that these interpleaded funds may be properly distributed to satisfy all valid claims on a pro rata basis.

14.     Gray has timely filed this interpleader action after receiving notice of multiple claims.

15.     Gray, as a disinterested stakeholder, is authorized to recover its reasonable and necessary attorneys' fees and costs from the interpleaded funds. *See Rhoades v. Casey*, 196 F.3d 592, 602 (5th Cir. 1999) (citing *Corrigan Dispatch Co. v. Casa Guzman S.A.*, 696

F.2d 359, 364 (5th Cir. 1983); *Phillips Petroleum Co. v. Hazlewood*, 534 F.2d 61, 63 (5th Cir. 1976)).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Gray Casualty & Surety Company respectfully requests that this Court issue service of process requiring all claimants to interplead in this case all of their claims to the interpleaded funds of this Court; and enter judgment as follows:

1.    Confirming Gray's pending motion to deposit the penal sum of the Bond into the Court or as this Court otherwise directs to be subject to the order of this Court;

2.    Relieving and discharging Gray from any and all liability relating to or concerning any claim that might arise in connection with the interpleaded funds;

3.    Enjoining each of the claimants from demanding or instituting any and all actions against Gray related to the interpleaded funds;

4.    Awarding Gray its reasonable costs and attorney's fees, disbursements and allowances incurred in connection with this action out of the interpleaded funds or otherwise; and

5.    Awarding Gray any other and further relief that this Court deems just and proper.

Respectfully submitted,

KREBS FARLEY & DRY, P.L.L.C.

_____

JOSHUA CHESSER (Al. Bar #0650H45C)
2204 Whitesburg Drive, Suite 302
Huntsville, AL 35801
Telephone:    256-261-2531
Facsimile:    504-299-3582
E-mail:        jchesser@krebsfarley.com

Hannah N. Lafrance (*pro hac vice*)
LA Bar No. 39241
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone:    (504) 299-3570
Facsimile:    (504) 299-3582
E-mail:        hlafrance@krebsfarley.com


**ATTORNEYS FOR THE GRAY
CASUALTY & SURETY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading by United States mail, properly addressed and postage prepaid upon all of the below parties on the 22nd day of November, 2021, as follows:

Star Express, LLC
c/o Shokir K. Karadshayev
2712 Avondale Drive
Bowling Green, KY 42104

Jackson Logistics, LLC
c/o Schauntell Jackson
4502 N. 39th Street
Milwaukee, WI 53209

Fusion Freight Systems, LLC
c/o Krasi Lukanov
3750 N. Mill Ridge Avenue
Springfield, MO 65803

Titus Transport, LLC
c/o Brent A. Hagenbuch
7400 FM 2449, Building 300
Ponder, TX 76259

Wolfe House Movers, LLC
10 Birch Lane
Bernville, PA 19506

Heavy Haul Solutions, LLC
c/o Igor Tekmenzhi
298 Laurelwood Drive
Boiling Springs, SC 29316

NTR Logistics, LLC
c/o Razvan Victor Bengulescu
P.O. Box 1833
Tacoma, WA 98401

Vigilant Trucking LLC
c/o Charles W. Michalik, Jr.
1401 Encino Drive
Leander, TX 78641

Hawk Services of WV LLC
d/b/a Hawk Trucking
c/o Barry Bledsoe
171 Bailey Circle
Fairmont, WV 26554

BG Xpress, LLC
c/o Keith M. Carwell
1101 College Street
Bowling Green, KY 42101

R&K Transportation, LLC
c/o Ronald Dean Hollins
207 North Woodlake Drive
Columbia, SC 29229

Armour and Son Trucking, Inc.
c/o Horace Daniel Armour, Sr.
245 Concord Avenue
Fairfield, CA 94533

Marshal, Inc.
c/o Hovanes John Madjarian
157 Cascade Drive
Henderson, NV 89074

High Plains Transport Svcs., LLC
c/o Shawn Patrick Hazuga
4855 Calhan Highway South
Calhan, CO 80808

Mario Lopez
d/b/a Losa Kamales
c/o Financial Carrier
13325 South Point Blvd., #300
Charlotte, NC 28273

Wisehart Investments, Inc.
c/o Rick Wisehart
1771 E. County Road, Suite 1540
Carthage, IL 62321

G&S Transport, Inc.
c/o Gregory Grayson
1051 Highway 28
Soso, MS 39480

Transwest Capital, Inc.
c/o Norman K. Evans
1716 W. Walnut Avenue
Visalia, CA 93277

Delta Express Inc.
c/o Viktor Matviychuk
2348 Smokey Park Hwy., Suite 201
Candler, NC 28715

KTT Incorporated
c/o Eric Beers
1401 S. Lowry Street
Smyrna, TN 37167-4508

Prime Carrier, Inc.
c/o Andrii Tsuryk
1051 E. Main St., Suite 213
East Dundee, IL 60118

KFC Trucking Logistics LLC
c/o Funmilayo Joseph
5636 Portsmouth Avenue
Indianapolis, IN 46224

James Dewayne McAllister
d/b/a Black Box
195 Murphytown Road
Burgaw, NC 28425

Brian Munday Trucking, LLC
c/o Brian D. Munday
17735 SE 261st Street
Covington, WA 98042-8330

Bossin, Inc.
c/o Nabi R. Abayev
3728 Maywood Ct. E.
Rockford, IL 61109

Overnight, LLC
c/o Mukhiddin Salvarov
1747 Stone Gate
Twin Falls, ID 83301

Barnes Trucking & Logistics LLC
c/o NW Registered Agent, LLC
5534 Saint Joe Road
Fort Wayne, IN 46835

Bossen, Inc.
6898 Laurel Cherry Drive
Rockford, IL 61108

Genex Express Enterprises, Inc.
c/o Srejovic Acct'g Services, LLC
2340 S. River Road, Suite 208
Des Plaines, IL 60018

Going Forward Trucking, Inc.
c/o Natasha Randall
3788 Rolling Acres Road
Pace, FL 32571

Good News Trucking Corp.
c/o Nelson Hernandez
2005 Clarice Circle
Tampa, FL 33619

L&S Transport, Inc.
c/o Alex Imbronjev
205 Redding Court
Oswego, IL 60543

Alexander, Winton & Assoc., Inc.
Charles N. Parnell, III
Parnell & Parnell, P.A.
Post Office Box 2189
Montgomery, AL 36102-2189

National Hot Shot Logistix LLC
c/o Nicolae Ciofiac
18538 Sweetmeadow Drive
Spring, TX 77379

Coast to Coast Capital, Inc.
c/o Bart Rado
124 W. Front Street
Berwick, PA 18603

RDS & Trans, LLC
620 A Irving
Scranton, PA 18505

Nutralaws, Inc.
c/o Amber L. Needham
6144 188th Tr. N
Loxahatchee, FL 33470

Greatwide American Trans-
Freight, LLC
c/o CT Corporation
600 N. 2nd Street, Suite 401
Harrisburg, PA 17101

DMC Transportation, LLC
c/o Douglas Truken
65 Dawley Road
Griswold, CT 06351

Glory Way Express, LLC
c/o Mikhail Maykin
15972 SE Martenson Ct.
Milwaukie, OR 97267

Ridge Trucking, Inc.
c/o Eleanor L. Ridge
106 1st Avenue
Mendota, IL 61342

SPT Transport, LLC
c/o Judy Elaine Cooper
1802 Hull Avenue
Rome, GA 30701

Panda Trucks, LLC
c/o Elnara Muradova
14604 Oak Vine Drive
Lutz, FL 33559

Golden Roads, LLC
c/o Baatar Otgon
42124 Fremont Preserve Sq
Aldie, VA 20105-2981

G&Z Trucking, LLC
c/o Jose A. Guillermo
1854 Michael Ann Dr. SW
Los Lunas, NM 87031

CK Home Builders, LLC
c/o Shannon Hall Johnson
1186 Lakeshore Drive
Langston, AL 35755

Randy System One LLC
c/o Raul Alfonso
190 SW 50th Ave.
Coral Gables, FL 33134

DSD Transport LLC
c/o Crystal Wood
6189 Kvitek Road
Denmark, WI 54208-9158

HFM Brothers Trucking, LLC
c/o Tymeicka Martin
1102 Rebecca Reid Drive
Slidell, LA 70461

DD&S Express, Inc.
c/o Rick Seleski
Suite 116
185 Harry S. Truman Pkwy
Annapolis, MD 21401

Moldstar LLC d/b/a
Elite One Transportation
c/o Mihail Neghina
393 Plum Grove Road, Suite E
Schaumburg, IL 60173

Rios Cargo, LLC
c/o Selene Rios
725 Redbud Avenue
McAllen, TX 78504

Hora Express Transportation, LLC
4 Terry Drive, Suite 5
Newton, PA 18940

Feet First Enterprises, LLC
c/o Kristen M. Casady
1030 Oakland Ave., Suite 104
Rock Hill, SC 29732

Skillett & Sons, Inc.
c/o Garold Skillett
2309 N. Highway 183
LaCrosse, KS 67548

Andrew Brooks
d/b/a Raie's Transportation
7756 Needlerush Drive
Milton, FL 32583

VHS Trucking, Inc.
4917 Chester Avenue
Norridge, IL 60706

Andrew Ashton Trucking, LLC
406 Airport Road
Worthington, PA 16262

Triton Logistics, Inc.
c/o Gil Modesto
661 SW 95 Terrace
Pembroke Pines, FL 33025

Rapid Transportation, LLC
c/o Marlon Sills
2943 SW Cape Brenton Drive
Port St. Lucie, FL 34953

Rampage Energy Services, LLC
c/o Peter Kleinsasser
14037 Lakeview Drive
Williston, ND 58801

USA Truck, LLC
c/o Sanel Dedic
837 Lynda Road
Waterloo, IA 50701

RW Transport Inc.
c/o Ronald F. Williams
1072 N Air Drive
Bloomington, IN 47404

Corthell Transportation, LLC
c/o Mark F. Corthell
19 Bowker Road
Rock Springs, WY 82902

Sara Brooks
d/b/a Raie's Transportation
7756 Needlerush Drive
Milton, FL 32583

Barnett's Hauling LLC
c/o Freddie K. Barnett
105 Acacia Court
Flowood, MS 39232

Road Star Express Inc.
c/o Kamil Agayev
34 Tatham Hill Road
West Springfield, MA 01089

Atlantic & Pacific Freightways
c/o Andrew Miller
5801 NE 88th St.
Vancouver, WA 98665-0940

Jay-Trux, Inc. d/b/a
Jorgensen Brothers Trucking Inc.
c/o Arvid J. Swanson, PC
27452 482nd Avenue
Canton, SD 57013-5515

Pickup Pal, LLC
c/o Legalinc Corporate Svcs. Inc.
10601 Clarence Drive, Suite 250
Frisco, TX 75033

SevenOaks Capital Associates
c/o Jeffry E. Foil
7854 Anselmo Lane
Baton Rouge, LA 70810

Stapleton Transport LLC
c/o Sharelle Stapleton
17411 Victoria Lakes Circle
Spring, TX 77379

Vero Business Capital
n/k/a Love's Solutions, LLC
c/o CT Corporation System
300 Montvue Road
Knoxville, TN 37919-5546

Logistics Kings Elite LLC
c/o Eric D. Smock
906 Main Street
Rosiclare, IL 62982

Watch This Freight, LLC
c/o Watch This Freight, LLC
2840 Black Lake Blvd. SW, Ste. C
Tumwater, WA 98512-5107

Greentree Transportation Company
c/o Kenneth E. Slafka
100 Industry Drive
Pittsburg, PA 15275-1014

American Transport, Inc.
c/o Douglas B. McAdams
100 Industry Drive
Pittsburg, PA 15275-1014

YB Late Transport LLC
c/o Timothy K. Kelly
3602 E. Paris Street
Tampa, FL 33610

JME Trucking LLC
c/o John Evenson
645 140th Street
Amery, WI 54001-4908

Geva Transportation LLC
c/o George Georgakopoulos
8420 Wesphalia Road, Suite 300
Upper Marlboro, MD 20774

Done Deal Boy's LLC
c/o Steven Williams
295 Alderman Road
Wallace, NC 28466

T&R Logistics and Auto
   Transport, LLC
c/o Rufus Gibson, Jr.
1910 SW Susset Lane
Port St. Lucie, FL 34953

Chivalry Express Inc.
c/o Hill's Transport, Inc.
2325 Highway 57E
Grand Junction, TN 38039-6025

M&J Transportation LLC
c/o Marqus Fisher
98 East Wilderness Road
Natchez, MS 39120

Clarida's Trucking, LLC
c/o Terrence Clarida
4385 Owendon Drive
Shallotte, NC 28470

Mobal Transport, LLC
c/o Corporation Service Co., Inc.
641 South Lawrence Street
Montgomery, AL 36104

KSR Transport, LLC
c/o John Joseph King
20 Draper Avenue
Hull, MA 02045

S.O.J. Trucking LLC
c/o USCA Inc.
600 Blvd. South SW, Suite 104 J
Huntsville, AL 35802

Violet Trucking Company, Inc.
c/o Aliosky Hernandez Telleria
7306 Apache Trail
Spring Hill, FL 34606

Johnson Elite Trucking LLC
c/o Legalinc Corporate Svcs. Inc.
10601 Clarence Drive, Suite 250
Frisco, TX 75033


_____
JOSHUA CHESSER