UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **GRAY CASUALTY AND SURETY COMPANY,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| | ) Case No.: 5:21-cv-0794-LCB |
| **v.** | )<br>) |
| **TINGLEY TRUCKING, LLC,** *et al.*, | )<br>) |
| **Defendants.** | |

## ORDER

Before the Court are several motions filed by interpleader defendant Alexander, Winton, & Associates, Inc. ("AWA"). The first is a Motion for Substitution of Parties (Doc. 33) wherein AWA asserts that it is the assignee of the claims of several original defendants and seeks to substitute itself in their place pursuant to Fed. R. Civ. P. 25(c). The record reflects that the motion was properly served on the parties as required by Fed. R. Civ. P. 25(a)(3). The Court hereby **GRANTS** the motion. (Doc. 33).

Next, AWA filed a motion to intervene in which it seeks to intervene on behalf of four freight carriers, Eclipse Transportation, Inc., US Cargo Trans, Inc., La Guira Transport Corporation, and Datong International. (Doc. 57). According to AWA, these carriers also assigned their claims to AWA and have a right to intervene pursuant to Fed. R. Civ. P. 24(a)(2). AWA asserts that these four carriers provided

transportation services to Tingley Trucking and have unpaid freight bills. Therefore, AWA says, they have potential claims to the funds that are the subject of this action. For the same reasons, AWA also filed a motion to intervene on behalf of Premier Capital, LTD. (Doc. 75). The Court hereby **GRANTS** both motions. (Docs. 57 and 75).

AWA also filed a Motion for Realignment of Parties (Doc. 65). In the motion, AWA "requests that the Court order a realignment of the parties recognizing" that 30 of the original defendants have assigned their claims to AWA. However, the plaintiff has amended its complaint since this motion was filed, and the relief sought in the motion appears to be unnecessary. Accordingly, the motion (Doc. 65) is **MOOT**.

**DONE** and **ORDERED** February 23, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE